IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARA BRADFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-1040-ALB ) |
| MRS BPO, LLC f/k/a VANTAGE SOURCING, LLC, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

The parties have reported to the Court that a settlement has been reached in this matter. (Doc. 38). Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** this 19th day of November 2019.

                                               /s/ Andrew L. Brasher
                                          ANDREW L. BRASHER
                                          UNITED STATES DISTRICT JUDGE